ROSA P. SIMONELLI, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 17, 1950; decided November 22, 1950.

*Avel B. Silverman* for appellant.

*John P. McGrath, Corporation Counsel* (*Morris Handel, Imre Schwarz* and *Herbert M. Levy* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.